(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) __Joshua Stephenson SBI#449406__
    (Name of Plaintiff)    (Inmate Number)

__DPC 1901 N Dupont Hwy New Castle DE 19702__
(Complete Address with zip code)

(2) __Joshua Stephenson SBI#449406__
    (Name of Plaintiff)    (Inmate Number)

__DPC 1901 N Dupont Hwy New Castle DE 19702__
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

:   __A ˆ 4__
:   (Case Number)
:   ( to be assigned by U.S. District Court)

vs.

(1) __State of Delaware, Joseph Biden III__
(2) __Sean Levan & Coworkers involved__
(3) _____
    (Names of Defendants)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

Jury Trial Requested

**FILED**
JUL - 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.   **PREVIOUS LAWSUITS**

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

__Yes - but motioned to withdrawl - the defendant wishes to continue case proceding without withdrawl. Case#0708018465/#0612010374, etc.__

**II. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  ☒ Yes  ☐ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  ☒ Yes  ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? greivances, family team meetings, One on Ones, former petion.

2. What was the result? _____

D. If your answer to "B" is No, explain why not: _____

**III. DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Joseph Biden III (State of Delaware)

Employed as Attorney General at _____

Mailing address with zip code: _____

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. (Criminal Procedure Timeframes), unnecessary delay in indictment or bringing the defendant to trial, case review, etc.

2. Speedy trial; mandated in about 120 days or 6 months

3. (Breaking Procedures); official misconduct, excessive force — things of that nature.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Sanction; espongement, cash compensation

3

2. _____

_____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __30th__ day of __June__, 2_008_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Joshua Stephenson-DPC
1901 N DuPont Hwy
New Castle DE 19702
JEM





Clerck
U.S District Court
Lock box 18
844 N King Street
Wilmington, DE 19801