Dear To whom this may Concern,

08·404

I do not wish to pursuit these issues any longer. Therefore. I motion to withdrawl all matters.

Sincerly
SBI# 449406  John Styphenson



RECEIVED
JUL 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

J. Stephenson - ODC
1901 N Dupont Hwy
New Castle De 19720
SEM



Hasler

016H26512447
$00.420
07/17/2008
Mailed From 19720
US POSTAGE

Office of the Clerk
United States District Court
844 N. Kingstreet, Lockbox 18
Wilmington, Delaware 19801-3570